**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MATTHEW D. MCMASTER,                    )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )          CASE NO. 1:24-CV-3436 – JPB
                                        )
ALAN G. POOLE ET AL.,                   )
                                        )
    Defendant(s).                       )

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 05 2025

KEVIN R. WEIMER, Clerk
By: _____ Deputy Clerk

---

## NOTICE OF RELATED CASE

---

COMES NOW Plaintiff MATTHEW D. MCMASTER, *pro se*, and files

this *Notice of Related Case*, pursuant to N.D. Ga. L.R. 3.3(A), giving notice of

a related action pending before the Honorable William M. Ray II, styled *Robert*

*Murray v. George G. Brantley*, et al., Civil No. 1:25-CV-6130-WMR, initiated

on October 27, 2025, which asserts a 42 U.S.C. § 1983 claim concerning

overlapping factual circumstances arising from *Murray v. Hill*, Cobb County

Superior Court Case No. 23104461.

The *Murray v. Brantley* case, Civil No. 1:25-CV-6130-WMR, appears to

be in the initial screening stage. Plaintiff does not represent any party nor is

Plaintiff a party in that case, though Plaintiff expects to be a material witness to

it. Because the factual allegations involve the same judicial conduct that forms

1

part of the record in the above-captioned case and Case No. <u>1:25-cv-4077-JPB</u>, Plaintiff provides this notice to ensure full transparency and to facilitate any coordination and docket management the Court deems appropriate.

This notice is filed for informational and administrative purposes only and does not seek consolidation or any substantive relief.

Respectfully submitted this 5th day of November, 2025.

/s/ _____

Matthew D. McMaster
*Pro se*
GA Bar No. 218044

HOME
1095 New Haven Dr. SW
Marietta, GA 30064
(770) 362-6490 (cell)
(800) 890-3981 (office)
mdmcmaster@mcmasterlegal.com

OFFICE
12 Powder Springs St.
Suite 230
Marietta, GA 30064
(800) 890-3981 (fax)

2

## CERTIFICATE OF SERVICE

**I hereby certify that the foregoing submission was prepared using**

**Times New Roman 14-point font in compliance with L. Rule 5.1(C)** and that

I have caused a copy of the foregoing *Notice of Related Case* to be deposited in

the United States Mail, postage prepaid, addressed to the Defendants' attorneys

pursuant to Rule 5(b)(1) as follows:

**John Smith and Keith Pridgen**
Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334

Respectfully submitted this 5th day of November 2025.

/s/ _____

Matthew D. McMaster
*Pro se*
GA Bar No. 218044

HOME
1095 New Haven Dr. SW
Marietta, GA 30064
(770) 362-6490 (cell)
(800) 890-3981 (office)
mdmcmaster@mcmasterlegal.com

OFFICE
12 Powder Springs St., Suite 230
Marietta, GA 30064
(800) 890-3981 (office)
(800) 890-3981 (fax)